1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN GOBOURNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., a Delaware Corporation; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, a Delaware Corporation; and DOES 1-100, INCLUSIVE<br><br>Defendants. | Case No.: 2:16-cv-02772-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** |

1      Based upon the Stipulation submitted by and between between COLIN
2 GOBOURNE ("Plaintiff"), on the one hand, and defendants Caliber Home Loans
3 Inc. ("Caliber") and U.S. Bank Trust, N.A, as Trustee for LSF9 Master
4 Participation Trust ("U.S. Bank") (collectively "Defendants"), on the other hand, it
5 is hereby **ORDERED, ADJUDGED AND DECREED**:

     Plaintiff's Complaint as to defendants Caliber and U.S. Bank is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

Dated: February 14, 2017  By: _____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 14, 2017, I caused to be filed via the CM/ECF system true and correct copies of the following documents and that the service of these documents was accompanied on all parties in the case by CM/ECF system.

*s/Aaron R. Goldstein*
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com